# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: December 2, 2004

By the Court:

No. 04-2818

HARVEY WRIGHT,
        Plaintiff - Appellant

v.

PAUL LAURENT, JANE DOE 1, Public Defender and
JANE DOE 2, State Attorney,
        Defendants - Appellees

**DOCKETED**
DEC 03 2004

**FILED**
DEC 02 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 04 C 3052, Charles R. Norgle, Judge

    The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the district court on 10/22/04. The pro se appellant has neither paid the $255 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the appellate court as prescribed in Fed. R. App. P. 24(a). Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $255 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). Newlin v. Helman, 123 F.3d 429, 433 (7th Cir. 1997).

(1241-PLRA(g)-110597)

A True Copy:
Teste:

_Desiree St. Cerman_ Deputy
     United States
        for the